# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| JODY EDWIN GRIFFITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case Number: |
| | ) | 4:10-0397-JHH-PWG |
| BILLY MITCHEM and the ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

Petitioner Jody Edwin Griffith is an Alabama state prisoner serving a 35-year sentence imposed following his conviction at trial of reckless murder in violation of Ala. Code § 13A-6-2(a)(2). Griffith, *pro se*, petitions for a writ of *habeas corpus* brought pursuant to 28 U.S.C. § 2254. The magistrate judge entered a report recommending that Griffith's petition be denied. (Doc. 14). Although Griffith was advised of his right to file objections to the magistrate's report, no such objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A separate Final Judgment will be entered.

**DONE** this the   14th   day of June, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE